IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NANCY KNOWLES and
VICTORIA KNOWLES                                                                          PLAINTIFFS

VS.                                           CASE NO. 16-CV-4016

JAMES ROBINSON and
K&N MANAGEMENT                                                                           DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss. (ECF No. 5). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that Plaintiffs' Complaint should be and hereby is **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED, this 28th day of April, 2016.

                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge